Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MINDY BREWES

    Plaintiff,

v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

6:09-CV-748-HO

ORDER GRANTING
ATTORNEYS' FEES UNDER
42 U.S.C. § 406(b)

This court orders the Commissioner to pay Alan Graf attorneys' fees in the amount of **$32,406.00** pursuant to 42 U.S.C. § 406(b) minus EAJA fees of $22,160.74 for a total of **$10,245.26.**. The court finds that this is a reasonable fee in light of the circumstances in this case. When issuing the 406(b) check for payment to Plaintiff's attorneys, the Commissioner is directed to subtract any applicable processing fees as allowed by statute.

DATED this 20 day of March, 2013

United States ~~District Judge~~ Magistrate

Presented by:

/s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES